# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ULANDA DIGBY-BRANCH                                              PLAINTIFF

v.                          No. 3:21-cv-260-DPM

WESTSIDE CONSOLIDATED
SCHOOL DISTRICT NO. 5                                            DEFENDANT

## ORDER

Digby-Branch filed her lawsuit on 15 December 2021. No summonses were issued. The ninety days for service expired 15 March 2022. FED. R. CIV. P. 4(m). Unless Digby-Branch shows good cause to reopen the service period and extend it by 3 June 2022 her complaint will be dismissed without prejudice for failure to prosecute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2022