IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ULANDA DIGBY-BRANCH**                                                    **PLAINTIFF**

v.                              No. 3:21-cv-260-DPM

**WESTSIDE CONSOLIDATED
SCHOOL DISTRICT NO. 5**                                           **DEFENDANT**

## ORDER

Digby-Branch hasn't filed proof of service since the Court's last order, *Doc. 10*, and her deadline has passed. The complaint, *Doc. 1*, will therefore be dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 June 2022