IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ULANDA DIGBY-BRANCH                                                PLAINTIFF

v.                              No. 3:21-cv-260-DPM

WESTSIDE CONSOLIDATED
SCHOOL DISTRICT NO. 5                                              DEFENDANT

## JUDGMENT

Digby-Branch's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2022